# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

*sealed*

1)  Magistrate Case Number: _09-888M_

2)  Defendant's Name: _Kho-li_ (Last)  _Morsa_ (First)  _____ (M.I.)

3)  Age: _____

4)  Title: _____ Section(s): _____

5)  Citizen of: _____ Needs: _____ Interpreter

6)  Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7)  Removal Proceeding: __Yes ___No   Other District: _____

8)  Name of Interpreter used today: _____ Language: _____

9)  Arraignment on complaint held: __✓__ Yes ____No   Date/Time: _10/22/09_

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: _✓_ POD Entered: ____

11) Temporary Order of Detention Entered: ____   Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: _✓_

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: _Karin Ornstein_

14) DEFENSE COUNSEL'S NAME: _Katie Lachter + Elliot Sagor_
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ___ RET _✓_
    Telephone Number: ( )

15) LOG #: ___ ( 11:45 — 11:55 )  MAG. JUDGE: _Bloom_

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _Time excluded from 10/22 to 12/22/09_

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE