# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

Docket Number :

_Mousa Khouli_
Defendant.

Judge :

Date :

PLEASE NOTICE, that I have been RETAINED by _Mousa Khouli_ the above named defendant. I was admitted to practice in this district on _2006 / 1973 - 3/23/71_

Signature : _[signature]_

Print Name : _Katie Lauter / Elliot Sagor_

Bar Code : _KL7997 / ES 3012_

Office Address : _Hogan + Hartson LLP 875 Third Avenue New York, NY 10022_

Telephone # : _212 918 3000_

*** NOTICE TO ATTORNEY***

　　**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

　　**Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice. (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)